UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CODY STEWART et al**                                                              **PLAINTIFFS**

**VERSUS**                                **CIVIL ACTION NO. 1:18CV53-HSO-JCG**

**HUNT SOUTHERN GROUP,
LLC et al**                                                                          **DEFENDANTS**

## ORDER EXTENDING DEADLINES

This matter comes before the Court to extend certain deadlines. On April 4, 2019, United States Magistrate Judge Robert H. Walker conducted a telephone conference in related cases. By agreement, Judge Walker permitted the parties in his assigned cases to take an out-of-time deposition of Jennifer Sterin and the out-of-time depositions of physicians. In an effort to keep the undersigned's related cases in a similar posture, identical extensions of deadlines will be granted. The parties shall have until May 6, 2019, to complete the depositions of Jennifer Sterin and physicians. The Court previously permitted the parties to take Rule 30(b)(6) depositions beyond the discovery deadline. In light of these out-of-time depositions, the Court extends the deadline for filing dispositive motions and any *Daubert*-type motions to May 10, 2019.

SO ORDERED AND ADJUDGED, this the 5th day of April 2019.

*/s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE