**Rule 26(a)(2)(B) Expert Report of Paul Goldstein, Ph.D.**
RE: Cody Stewart, et al. v. Hunt Southern Group, LLC, et al, USDC Civil Action No. 1:18-cv-00053-HSO-JCG

**Qualifications**

  I am a member of the Toxicology program at University of Texas at El Paso. My name is Paul Goldstein.  I am currently a Full Professor with the Department of Biological Sciences at the University of Texas at El Paso, in El Paso, Texas.  I have been a faculty member with the Department of Biological Sciences since 1985.  Within that department, I was an Associate Professor of Genetics and Toxicology from 1985 through 1989, the Assistant Chairman of the Department from 1985 through 1989, and a Full Professor of Genetics and Toxicology since 1989.  Prior to my arrival at my current university, I was an Assistant Professor of Biology at the University of North Carolina at Charlotte from 1979 through 1984, and a Research Assistant with the Department of Genetics and Plant Pathology at North Carolina State University from 1977 through 1979.

  I hold a Bachelor of Science degree in Biological Sciences from the State University of New York at Albany (1973); a Master of Science degree in Genetics from Ohio University in Athens, Ohio (1975); and a Ph.D. in Genetics from York University, in Toronto, Ontario, Canada (1977).

  I am a former or current member of the following professional societies and organizations: Society of Toxicology; American Society of Crime Lab Directors (Academic Affiliate); American Society of Cell Biology; New York Academy of Sciences (special citation); American Society of Parasitology; American Association for the Advancement of Science; Society of Nematology; Beta Beta Beta (National Biological Honor Society); and Sigma-Xi (Scientific Research Society).

  The primary focus of my teaching and research work is in the area of Toxicology and Genetics.  I teach or have taught courses in the fundamental principles of Biology, Anatomy and Physiology, as well as advanced courses in Genetics, Toxicology, Biostatistics, and Forensic DNA Analysis.  I developed a course in Toxicology currently taught to students around the world via the University of Texas TeleCampus.  I developed all the text materials for this course and hold the copyright as well. Over the course of my teaching and research career, I have received multiple grants, from such organizations as the National Institute of Health and the National Science Foundation. In addition, I have acted as a reviewer for various grants and publications, including those associated with the National Institute of Health, the National Science Foundation, the Journal of Cell Science, and others.

   Over the last 30 years, I have directed scientific laboratories in both University and Private settings. I have been directly responsible for Quality Control, Safety, Regulatory, Budgets, and Personnel. I have been involved in inspection of commercial scientific and clinical laboratories and partaken in the College of American Pathologists Proficiency Testing program.

  I am the owner of multiple copyrighted multimedia and computer programs, all of which concern the areas of my teaching and research.  In addition, I am the recipient of multiple honors, including the National Conference of Lawyers and Scientists (AAAS and ABA; three-year appointment) (1994) and Distinguished Achievement Award in

EXHIBIT

26

Research from the University of Texas (1995).  As a Full Professor, I have supervised the training of students in the department's Master's and Ph.D. degree programs.  I was also the Director of Graduate Studies in the Department of Biological Sciences from 1999 to 2003.

Throughout my career, I have given over one hundred presentations, both alone and with colleagues, covering the areas of my teaching and research. Examples of such presentations are included in my curriculum vitae.  I have also authored, both alone and with colleagues, over 70 publications throughout the course of my career. A complete list of such publications is included in my curriculum vitae.

### Prior Testimony

I have testified at trial or deposition in several cases. These include:  Larry and Jenice Taylor vs. Well Safe, Inc., 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, No. 485,470 Div. N, 2003 DNA Reference Lab, Inc. vs. Jacob Park, et al., District Court, 37th Judicial District, Bexar County, Texas, Cause No. 2004-CI-14173, 2007;  Ray Arnette et al. vs. NPC Services, Inc. et al., 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, No. 335,130, Division "A", 2005; Commonwealth of Massachusetts Sulfolk, State vs. Dwayne McNair, Superior Court Criminal No.: 14 SUCR 10768; and Stacy Walker v. Spartan Chemical Co. in Superior Court of California, County of Shasta, Case No.: 183016, 2018; Jon Lund v. General Pest Control in the District Court of Stevens County, Kansas, Case No. 2017-CV-000018.

### Data and/or Materials Considered or Relied Upon in Forming Opinion

I have reviewed the following materials pertaining to the exposure to mold: 1) Medical records of the residents of the Stewart's home; and 2) Plaintiff's Pre-Discovery Disclosure of Core Information.

### Compensation to be Paid for Study and/or Testimony

I am being compensated at the base rate of $225.00 per hour for all work performed by me in connection with this matter.  My rate for testifying at deposition is $2,500 per appearance, and my trial testimony rate is $2,500.

### Exhibits to be Used as a Summary of or Support for Opinion

I may rely upon the data and/or materials identified above as a summary of or as support for any and all opinions I may offer at depositions and/or the trial of this action. In addition, I may rely upon additional exhibits that may be specifically created, either by me or by others, for use at depositions and/or the trial of this action.

### Statement of Opinions to be Expressed

The following symptoms were diagnosed, but not limited to, the individuals living in the Stewart's residence: Allergic rhinitis; hypothesia of skin; fatigue; seborrheic dermatitis; migraine; conjunctivitis; itching, allergic reaction; nausea; abdominal cramping; skin

rash; upper respiratory tract disease; congestion; nasal drainage; dermatological disorder; keratosis; and pharyngitis.

The occurrence of some, if not all, of these symptoms are positively correlated with toxic exposure to the following pathogens, which were identified in the residences found in the immediate area:

### *Aspergillus/Penicillium*-Like

This category is included on laboratory analysis reports for air samples containing certain free spores without other identifying structures. The free spores of *Aspergillus* and *Penicillium* (and other genera with small, round or ovoid, and colorless spores) are essentially indistinguishable, using standard microscopic examination methods.

If required, cultured specimens can provide additional characteristics that will enable technicians to determine what genus is represented. If sporulating structures are present, *Aspergillus* is readily identifiable on tape samples. [Discovery of the *Aspergillus* species requires the culture of the fungus under different conditions of media, humidity, and temperature. Identifying *Penicillium* species is difficult, but, in some cases, possible.]

These two allergenic molds are among those most often found in contaminated buildings. *Aspergillus* is represented by numerous species, many of which produce toxic substances. It may be associated with symptoms such as sinusitis, allergic bronchopulmonary aspergillosis, and other allergic symptoms. As if not to be outdone, *Penicillium* too is found in increased numbers in interiors. Some of its many species produce toxic substances that can cause allergic reactions, mucous membrane irritation, headaches, vomiting, and diarrhea.

### *Aspergillus*

Reported to be allergenic. Members of this genus are reported to cause ear infections. Many species produce mycotoxins that may be associated with disease in humans and other animals. Toxin production is dependent on the species or a strain within a species and on the food source for the fungus. Some of these toxins have been found to be carcinogenic in animal species. Several toxins are considered potential human carcinogens. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchospasms; chronic cases may develop pulmonary emphysema; may also be associated with sinusitis, allergic bronchopulmonary aspergillosis, and other allergic symptoms.

### *Penicillium*

 A wide number of organisms have been placed in this genus. Identification to species is difficult. Often found in aerosol samples. Commonly found in soil, food, cellulose and grains. It is also found in paint and compost piles. It may cause hypersensitivity pneumonitis, allergic alveolitis in susceptible individuals. It is reported to be allergenic (skin). It is commonly found in carpet, wallpaper, and in interior fiberglass duct

insulation. Some species can produce mycotoxins. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchospasms; chronic cases may develop pulmonary emphysema. It may also cause headaches, vomiting, and diarrhea.

### *Stachybotrys*

Several strains of this mold (*S. atra, S. chartarum,* and *S. alternans* are synonymous) may produce macrocyclic trichothecenes (one of which is Satratoxin H) that are poisonous by inhalation. These mycotoxins, when present, are primarily associated with the mold's spores.

Individuals with chronic exposure to *Stachybotrys*'s toxins reported cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, hair loss, general malaise, and psychological depression. For infants, the toxins create a vulnerability to a serious condition called pulmonary hemosiderosis (bleeding in the lungs) where severe bleeding can result in coughing blood or nosebleeds, and low grade bleeding can cause chronic coughs and congestion with anemia. People who unknowingly handled material contaminated with this mold described symptoms of cough, rhinitis, burning sensations of the mouth and nasal passages, and cutaneous irritation at the point of contact, especially in areas of abundant perspiration. The toxins produced by this mold will suppress the immune system, affecting the lymphoid tissue and the bone marrow. Animals injected with macrocyclic trichothecenes exhibited the following symptoms: necrosis and hemorrhage within the brain, thymus, spleen, intestines, lung, heart, lymph nodes, liver, and kidneys.

This is a dark-colored fungus that grows on building materials with a high cellulose content and a low nitrogen content. It is slow growing when compared to other common molds, and may not appear to compete well in their presence. Yet, when moisture levels are high for prolonged periods, *Stachybotrys* may gradually become the dominating genus (possibly because of its yield of mycotoxins, which are believed to be directed against other molds and bacteria). This organism is usually difficult to find in indoor air samples unless it is physically disturbed, but when it does appear it is an alert to find the source, as it will likely be found growing in abundance. Its spores--which can be found in a gelatinous mass--will die readily after release, but are still allergenic and can be toxigenic. Areas with a relative humidity above 55%, and are subject to temperature fluctuations, are ideal for toxin production.

### Mold Allergy

Most allergic responses to mold involve hay fever-type symptoms that can make you miserable but aren't serious. However, certain allergic conditions caused by mold are more severe. These include, but are not limited to (Mayo Clinic, 2018):

- **Mold-induced asthma.** In people allergic to mold, breathing in spores can trigger an asthma flare-up. If you have a mold allergy and asthma, be sure you have an emergency plan in place in case of a severe asthma attack.
- **Allergic fungal sinusitis.** This results from an inflammatory reaction to fungus in the sinuses.
- **Allergic bronchopulmonary aspergillosis.** This reaction to fungus in the lungs can occur in people with asthma or cystic fibrosis.
- **Hypersensitivity pneumonitis.** This rare condition occurs when exposure to airborne particles such as mold spores causes the lungs to become inflamed. It may be triggered by exposure to allergy-causing dust at work.


## Ochratoxin A

Individuals exposed to *Aspergillus* and *Penicillium* in their homes are exposed to the mycotoxin Ochratoxin A (OTA). It is a known nephrotoxic, immunotoxic, and carcinogenic mycotoxin in animals and is present with elevated levels of *Aspergillus* and *Penicillium* (Hope and Hope, 2012). It is classified as a class 2B, possible human carcinogen by IARC. The National Toxicology Program (NTP) has designated OTA as a "reasonably anticipated to be human carcinogen". DNA adducts occur in animals exposed to OTA which interfere with the DNA repair systems and cell cycle control systems and serve as an initiating point of carcinogenesis (Hope and Hope, 2012).

In humans, OTA has been detected in blood, urine, and breast milk, as well as renal cell carcinomas, breast cancer, astrocytoma, inflamed bladder tissue, cell carcinoma, and skin biopsies. In addition, OTA has been found in the umbilical cord and placental tissue of a newborn whose mother had been exposed from a water-damaged home. The mother had OTA in her breast milk, urine, and nasal secretions. Other family members also tested positive for OTA in urine and nasal secretion samples (Hope and Hope, 2012).


## Causation

In the scientific and medical fields, there is a process to determine Causation, which establishes if clinical symptoms in an individual could, with at least 51% probability, be the result of an exposure to a toxin, such as Formaldehyde. This process is known as the Bradford Hill Criteria of Causation and is relied upon by scientific and medical professionals.

Sir Bradford Hill's criteria for causation were developed for use in the field of occupational medicine, but have been widely applied in other fields. These criteria serve as a general guide, and are not meant to be an inflexible list. Not all criteria must be fulfilled to establish scientific causation. The key criteria required to establish causation are commonly 1) temporal relationship, 2) specificity, and 3) biological plausibility (Friedman, 2000). The expert has to provide scientific opinion, based on methods and techniques generally used, and/or relying on peer reviewed publications for testability of his opinion, that causation is more likely than not due to the toxin in question (51% probability). The expert does not necessarily need to rely on epidemiology, or scientific certainty "or provide scientific proof", but rather follow the guidelines applied in the U.S. Supreme Court Daubert decision. The expert should know the accepted methodology to

establish causation described in the scientific and medical literature and established originally by Sir Bradford-Hill (1965).  Use of this methodology supports the conclusion that the residents in the Stewart household were exposed to, and suffered from, toxins released by the presence of *Aspergillus, Fusarium, Penicillium* and other fungal strains that were present in the immediate area of their residence.

   The findings, observations, and opinions, in this report are based on my scientific knowledge, skill, experience, training, and education. My observations and opinions in this report are based on generally accepted principles, methodologies, and standards used throughout the toxicology profession. I have applied these reliable principles, methodologies, and standards to the facts of this case, and in formulating my observations and opinions stated in this report.

   I retain my right to change my opinions as I receive new information.

(electronic signature)

_____
Paul Goldstein, Ph.D.
Professor of Genetics and Toxicology
29 July 2018

Literature Cited
Bradford-Hill, A. Proc. Royal Soc. Med. 9, 295, 1965
Friedman, D. 2000 Sir Bradford-Hill: Criteria for Causation
Hope, J., Hope, B. 2012 J. Environ. Pub. Health, Article ID 835059

## Supplemental Expert Report of Paul Goldstein, Ph.D.

RE: Cody Stewart, et al. v. Hunt Southern Group, LLC, et al, USDC Civil Action No. 1:18-cv-00053-HSO-JCG

I received the nine reports generated by Allison Stock, PhD from the Rimkus Consulting Group, Inc. Upon your request, I have responded to the opinions of Dr. Stock and corrected Dr. Stock's inadequacies and inaccuracies. In this document, I will address her opinions in general and then, specifically in the matter of the Stewart case. I will also conduct a differential diagnosis based upon a review of the toxic exposure questionnaires completed by Plaintiffs, Plaintiffs' smoking history and Plaintiffs' depositions. Attached as Exhibit A to my supplemental report is a list of references cited in this report.

Although Dr. Stock quotes from the World Health Organization, the Keesler cases are in the State of Mississippi and under the auspices of the Mississippi State Department of Health.  Their official guidelines were ignored by Dr. Stock especially as she did not quote from this government agency in charge of the health residents of the State of Mississippi (48):

**"How much mold can make me sick?**
It depends. For some people, a relatively small number of mold spores can cause health problems. For other people, it may take many more. The basic rule is, **if you can see or smell it**, take steps to eliminate the excess moisture, and to cleanup and remove the mold.

**Who is at greater risk when exposed to mold?**
**Exposure to mold is not healthy for anyone inside buildings.**"

**Are some molds more hazardous?**
Allergic persons vary in their sensitivities to mold, both as to amount and type needed to cause reactions. In addition, certain types of molds can produce toxins, called **_mycotoxins_**, that the mold uses to inhibit or prevent the growth of other organisms. **Mycotoxins are found in both living and dead mold spores. Materials permeated with mold need to be removed, even after they are disinfected with cleaning solutions.** Allergic and **toxic effects can remain in dead spores**. Exposure to mycotoxins may present a greater hazard than that of allergenic or irritative molds. Mycotoxins have been found in homes, agricultural settings, food, and office buildings.

**Detection**

**How can I tell if I have mold in my house?**
**If you can see mold, or if there is an earthy or musty odor, you can assume you have a mold problem.**

Since the susceptibility of individuals varies so greatly, sampling is at best a general guide. **The simplest approach is: if you can see or smell mold, you have a problem."**

Exhibit A

Although Dr. Stock does not agree with the well-known and accepted concept of "if you can see it or smell it you have been exposed" she must understand that there are small agents, called molecules, that can interact with structures inside your nose, called membranes, that can elicit a physiological response. To clarify for Dr. Stock, this is one of the five senses known as "smell." In fact, the New York State Department of Health also considers this to be a standard in toxicological analysis (42).

The Mississippi State Department of Health also understands that a dose-response relationship is not possible under all circumstances, unless you have designed a specific controlled experiment to determine such a relationship. This is not possible in a residential environment. It is clear from their statement alone (48):

**"How much mold can make me sick?**
It depends. For some people, a relatively small number of mold spores can cause health problems. For other people, it may take many more."

That is one of the main reasons why health agencies have had difficulty in creating advisory standards for molds found __indoors__. **"Toxic effects (from mycotoxins) can remain in dead spores"** (48).

In fact, as Dr. Stock worked for the CDC, she should be familiar with literature from the CDC in 2017(42):

"Mold growth, which often looks like spots, can be many different colors, and can smell musty. **If you can see or smell mold, a health risk may be present.** You do not need to know the type of mold growing in your home, and CDC does not recommend or perform routine sampling for molds. No matter what type of mold is present, you should remove it. **Since the effect of mold on people can vary greatly**, either because of the amount or type of mold, **you can not rely on sampling and culturing to know your health risk**." This explains why a "dose-response curve" cannot work well with mold exposure-a few spores can elicit a great effect on some people whereas a massive dose would be needed to affect others, even in the same cohort (48).

Dr. Stock does not understand the concept of a "cohort", even though she espouses (pg. 9 of her report) that the:

"Stewart  family is not a cohort and to refer to them as such violates basic epidemiological principles".

The delineation of each of the nine families in these cases as a cohort for the analysis of toxicological exposure is supported by the National Institute of Health and the U.S. National Library of Medicine(43).  The approved definition of a cohort is as follows:

"IUPAC Glossary of Terms Used in Toxicology, 2nd Edition
IUPAC Recommendations, 2007

cohort
Component of the population born during a particular period and identified by period of birth so that its characteristics (such as causes of death and numbers still living) can be ascertained as it enters

successive time and age periods. The term "cohort" has broadened to describe any designated group of persons followed or traced over a period of time, as in the term *cohort study* (*prospective study*)"(43).

In addition, the textbook "Hayes' Principles and Methods of Toxicology" (2014, 6th Edition)(58) is one of the standards relied upon by toxicologists and used in universities to teach thousands of students the science of toxicology. The accepted definition for "cohort" is:

"A cohort is simply a group with some common characteristic (e.g. gender, ethnic background, health behavior, or exposure to a particular chemical or medicine".

Thus, each of the nine families, in each of their nine residences, comprises an individual cohort, as defined by IUPAC and the classic textbook in toxicology. Dr. Stock has not read these materials and prefers to rely on an old, perhaps out of date reference, i.e. she cites an old private reference from a document from 2000 that has not undergone peer-review and was produced only and solely for profit.  Dr. Stock is relying upon a single source for her opinion. To quote Dr. Stock's report (page 8):

"the reliance on a single-source of information by (Dr. Stock…for this case) calls into question the quality of (her) training as a scientist and is contrary to the accepted scientific method".

Perhaps, Dr. Stock should take "stock" of her own analytical techniques and analysis of extant scientific literature found in the **literature databases from the CDC**. **The CDC maintains a database (45, 46, 47) of over 400 relevant scientific papers and literature on mycotoxins (ignored by Dr. Stock, page 5).**

On page 2 of her report, Dr. Stock states:

"Scientific literature does not support Dr. Goldstein's conclusions that mycotoxins in any form or any dose are detrimental to humans."

The CDC, New York State Department of Health, Mississippi State Department of Health, and many peer-reviewed papers identify the fact that mycotoxins are extremely hazardous to a person's health (1,2,4,6,14,33,36,40,42,48,51,52,53, 54,56,57,60, 37,39,62, 63,38,64,65,34, and many others). In fact, the scientific literature identifies the following symptoms (not the complete list) that have been attributed to exposure to mycotoxins:

Asthma; rhinitis; bronchopulmonary disease; sinusitis; pneumonitis; sarcoidosis; fatigue; neurological deficits; dermatitis; bleeding; blistering skin; headache; urticaria; otitis; hoarseness; ache in joints; myalgia; oesophageal pain; laryngitis; vomiting; gastroenteritis; asphyxiation; diarrhea; chest pain; dizziness; central nervous system depression; tremor; nausea; abdominal pain; wheezing; alopecia; flu-like symptoms; cold; malaise; itching; irritation; blisters; vertigo; burning pain; blurred vision; cough; weakness; ataxia; hypotension; coagulopathy; eye irritation; skin irritation; sore throat; mucous membrane irritation; pulmonary disease, fever, shortness of breath, convulsion, nose bleed, brain abscess, immunocompromised, and pneumonia.

3

The mycotoxin, Ochratoxin, identified in my report, is just one **of many mycotoxins** produced by the various fungi invading the residences of these families, and was used **only to introduce the concept that mycotoxins can be inside your house**. It was not intended to be a complete list, the way Dr. Stock chose to interpret it. What follows is only a partial list of different mycotoxins inherent to the fungal genera associated with the Keesler cases (57):

| Mycotoxin | Organism |
|---|---|
| Acetoxyscirpenediol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Acetyldeoxynivalenol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Acetylneosolaniol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Acetyl T-2 toxin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Aflatoxin | Aspergillus flavus, A. parasiticus |
| Aflatrem | Aspergillus flavus |
| Altenuic acid | Alternaria alternata |
| Alternariol | Alternaria alternata |
| Austdiol | Aspergillus ustus |
| Austamide | Aspergillus ustus |
| Austocystin | Aspergillus ustus |
| Avenacein +1 | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Beauvericin +2 | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Brevianamide | Aspergillus ustus |
| Butenolide | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Calonectrin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Citrinin | Aspergillus carneus, A. terreus, Penicillium citrinum, P. hirsutum, P. verrucosum |
| Citreoviridin | Aspergillus terreus, Penicillium citreoviride |
| Cytochalasin E | Aspergillus clavatus |
| Cyclopiazonic acid | Aspergillus versicolor |
| Deacetylcalonectrin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Deoxynivalenol diacetate | Fusarium moniliforme, and F. nivale |

4

| | |
|---|---|
| Deoxynivalenol monoacetate | Fusarium moniliforme, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Diacetoxyscirpenol | Fusarium moniliforme, F. equiseti |
| Destruxin B | Aspergillus ochraceus |
| Enniatins | Fusarium moniliforme,  F. avenaceum, F. roseum, F. solani, and F. nivale |
| Fructigenin +1 | Fusarium moniliforme, F. culmorum, F. avenaceum, and F. roseum |
| Fumagilin | Aspergillus fumigatus |
| Fumonisin B1 | Fusarium moniliforme, F. culmorum, F. avenaceum, and F. nivale |
| Fusaric acid | Fusarium moniliforme |
| Fusarin | Fusarium moniliforme |
| Gliotoxin | Alternaria, Aspergillus fumigatus, Penicillium |
| HT-2 toxin | Fusarium moniliforme, F. culmorum, F. avenaceum, and F. nivale |
| Ipomeanine | Fusarium moniliforme, F. culmorum, F. avenaceum, and F. nivale |
| Islanditoxin | Penicillium islandicum |
| Lateritin +1 | Fusarium moniliforme, F. culmorum, F. avenaceum, and F. nivale |
| Lycomarasmin +1 | Fusarium moniliforme |
| Malformin | Aspergillus niger |
| Maltoryzine | Aspergillus spp. |
| Moniliformin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Monoacetoxyscirpenol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| Neosolaniol | Fusarium moniliforme, F. solani, F. culmorum, F. avenaceum, and F. roseum |
| Nivalenol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| NT-1 toxin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. avenaceum, F. roseum, and F. nivale |
| NT-2 toxin | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. , F. solani, avenaceum, F. roseum and F. nivale |
| Ochratoxin | Aspergillus ochraceus, Penicillium viridictum |
| Oxalic acid | Aspergillus niger |
| Patulin | Aspergillus clavatus, Penicillium expansum, Botrytis, P. roquefortii, P. claviforme, P. griseofulvum |
| Penicillic acid | Aspergillus ochraceus |
| Penitrem | Penicillium crustosum |
| Roridin E | Stachybotrys spp. |
| Rubratoxin | Penicillium rubrum |
| Rubroskyrin | Penicillium spp. |
| Rubrosulphin | Penicillium viridicatum |
| Rugulosin | Penicillium brunneum, P. kloeckeri, P. rugulosum |
| Sambucynin +1 | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. solani, F. avenaceum, F. roseum, and F. nivale |
| Satratoxins, F,G,H | Stachybotrys chartarum, Trichoderma viridi |
| Scirpentriol | Fusarium moniliforme, F. equiseti, F. oxysporum, F. culmorum, F. |

5

| | |
|---|---|
| | solani, F. avenaceum, F. roseum, and F. nivale |
| Sterigmatocystin | Aspergillus flavus, A. nidulans, A. versicolor, Penicillium rugulosum |
| T-1 toxin | Fusarium moniliforme, F. equiseti,  F. culmorum, F. solani, F. avenaceum, F. roseum, and F. nivale |
| T-2 toxin | Fusarium moniliforme, F. equiseti,  F. culmorum, F. solani, F. avenaceum, F. roseum, and F. nivale |
| Triacetoxyscirpendiol | Fusarium moniliforme, F. equiseti,  F. avenaceum, F. roseum, and F. nivale |
| Trichodermin | Trichoderma viride |
| Trichothecin | Trichothecium roseum |
| Trichoverrins | Stachybotrys chartarum |
| Trichoverrols | Stachybotrys chartarum |
| Tryptoquivalene | Aspergillus clavatus |
| Verrucarin | Stachybotrys chartarum |
| Verruculogen | Aspergillus fumigatus, Stachybotrys chartarum |
| Viopurpurin | Penicillium viridicatum |
| Viomellein | Aspergillus spp. , Penicillium aurantiogriseum, P. crustosum, P. viridicatum |
| Viriditoxin | Aspergillus fumigatus |
| Yavanicin+1 | Fusarium culmorum, F. graminearum, F. oxysporum, F. roseum,  F. moniliforme, F. avenaceum, F. equiseti, and F. nivale |
| Zearalenone | Fusarium culmorum, F. graminearum, F. oxysporum, F. roseum,  F. moniliforme, F. avenaceum, F. equiseti |

Dr. Stock implies that she has experience and expertise in mold analysis, testing, interpretation of data, and medical expertise in diagnosis. She is not a Medical Doctor, yet she states (pg. 9): "***to a reasonable degree of scientific and medical certainty***". Her opinions, in this entire report, should be stricken and found unacceptable since she asserts that she can have a medical opinion when she clearly cannot.

Furthermore, Dr. Stock has never held a tenure-track appointment at a university, and has never published about molds or fungi in peer-reviewed literature. She has never taught a required university class in Toxicology to students who will become Toxicologists. According to her CV, she has never taught a university class or given a seminar having anything to do with mycology or any fungus-related issues. She has never taken a class in Mycology or the effects of fungi on people.  She may be the person to go to for carbon monoxide exposure according to her CV, but not mycology.

For my Master's Degree, I took a course in Mycology. I developed an ELISA immunoassay test for the detection of small molecules, which is the basis for the current tests used to detect the presence of mycotoxins (66). This was published by invitation from the American Chemical Society and presented to an International Symposium for

"Monitoring Toxic Chemicals in Humans, Food, and the Environment". In addition, I developed a test for the detection of airborne allergens (67). I am a Full Member of the Society of Toxicology, the preeminent society in this area. I have received research grants from the National Institute of Health and the National Science Foundation in the area of Toxicology, which were awarded on a peer-reviewed process by other toxicologists. I have taught Toxicology, as a Full Professor of Toxicology, at the University of Texas at El Paso, for many years and to many thousands of students. I have published 15 papers in peer-reviewed journals in the area of Toxicology. I have served as an Editor for peer-reviewed journals in the area of Toxicology.

Misinterpretation, or complete ignorance, of extant scientific literature is not accepted in the scientific field. Yet, Dr. Stock, makes statements (pg. 2) like this:

"Dr. Goldstein ignores a large body of scientific literature that does not find an association between mold exposures and airborne mycotoxin exposures in buildings and facilities".

That statement is naïve. Dr. Stock has selectively and impartially ignored the massive amount of literature dating back to the last millennium that refutes her statement. I have attached a partial list which contains references to the contrary including statements from the Mississippi State Department of Health (48) and papers in peer-reviewed journals (7, 16, 22, 24, 25, 34, 36, 40, 56, 59, 63) and the references within these articles. In addition, in 2004, the Institute of Medicine found there was sufficient evidence to link indoor exposure to mold with numerous symptoms in otherwise healthy people (42).

I relied upon the CDC (69), the Mississippi State Department of Health (48), and papers published in refereed journals (i.e. 69), and citations within these papers, to compare the analysis and mold remediation in the Keesler cases. Dr. Stock does not take that into account when she states in her report (pg 3) that I do not know the appropriate procedures or protocols for testing mold. Dr. Stock did not provide any references or citations to state how she reviewed the same data, it is obvious that her opinions are her own and not supported by any scientific literature.

Dose-response, i.e. where a greater dose elicits a greater response within a cohort, works well in some cases, but is not assessable in others. Government agencies, but not Dr. Stock, are aware of this, and that is why they take a few things into consideration. First, there is hypervariability in the response of individuals to the number of spores, as noted above. Second, dead spores still have mycotoxins associated with them (see my list). Third, mycotoxins are well established as carcinogens (see my list of references) and the Environmental Protection Agency recognizes the following fact (44):

"Under the current EPA default approach to hazard and dose-response assessment, cancer is thought of as the consequence of chemically induced DNA mutation. Because a single chemical-DNA interaction may lead to a mutation and since cancer is thought to arise from

7

single cells, any dose, no matter how low, is assumed to have the potential to cause the adverse effect."

Given this statement, Dr. Stock still wants to rely upon a "dose threshold" effect (pg. 6) which is clearly not possible to obtain in these residences and not applicable to mycotoxins (see above). She continues to ignore the presence of any molds in the residences because she is concentrating on the data that states the molds are present outdoors (pg. 6). To her, the existence of molds inside is inconsequential because they exist outside, a place where one can be exposed. The Mississippi State Department of Health (48) offers a different interpretation. They understand that bacteria are also outside the house and in our environment. Yet we clean our dishes, sinks, clothing, etc. to remove as much as possible, since they cause disease. The same is true for molds and mycotoxins, "Exposure to molds is not healthy for anyone inside buildings" (48) and they allude to the significant amount of literature known to the layman as "sick building syndrome" (see my list). In fact mycotoxins are much more dangerous than the mold itself: "Exposure to mycotoxins may present a greater hazard than that of allergenic or irritative molds"(48). Mycotoxins are still present in dead molds and as the fungal fragments of the dead fungi escape into the air (16) or you touch them, the mycotoxins are still potent and can cause disease.

Treating physicians are required to provide evidence of accuracy of testing (rule out false positive and negatives, etc.) and methodology used for their interpretation in the diagnosis of their patients. A complete medical history must be obtained from each patient, including possible exposure to toxins. That is one of the reasons physicians ask you about your recent travel experience. Dr. Stock does not understand this concept. She states (pg 5):

"Dr. Goldstein ignores the occasions when a treating physician linked a specific symptom to a cause other than mold exposure."

Apparently Dr. Stock has accepted anything a treating physician opines on, without any evidence whatsoever, or without considering the results of a strep test (not mentioned in medical records), identification of viral isolates, notes in the physician's medical records of exposure to molds in the residence, etc. These points apparently are not important to Dr. Stock but are to everyone else. Without proper procedures and testing, diagnoses are merely suggestions and not supportable. I took that into consideration in my opinions.

STEWART FAMILY

Cody Stewart stated he smoked socially and quit in 1998. No one else in the Stewart family reported a history of smoking cigarettes in their depositions or completed Exposure History Forms. From multiple photographs of their residence, and statements from the Stewart family, it can be determined that "Black Mold" was growing throughout the residence. Stachybotrys, described as "Black Mold", is found in buildings with "sick building syndrome" (56). Penicillium and Aspergillus have been identified in every

8

residence (8) in this investigation, thus, it is well-established that these two fungi are well-established in the area and homes of these individuals. The Stewart residence was fungus-infested and unhealthy to live in. The scientific literature does support the following symptoms from the Stewart family with possible exposure to Stachybotrys, Penicillium, and Aspergillus in their residence. This list is not all-inclusive but is presented as an example.

Respiratory (53, 2)
Fatigue (1, 39, 40)
Dermatitis (1, 39, 53)
Nausea (1, 39, 52, 53)
Abdominal Pain (1, 37, 51, 52)

This report is based on the information available to me at this time. I reserve the right to amend it as needed if I receive additional information. This report was prepared for the exclusive use of Plaintiffs in this case and not intended for any other purpose.

Paul Goldstein, PhD

(electronic signature)

26 February 2019

# Exposure History Form

**Part 1. Exposure Survey**      **Name:** Amy Stewart      **Date:** 1/22/2019

*Please select the appropriate answer.*      **Birth date:** 10/2/1973      **Sex (select one):** ⊙ Male   ○ Female



1. Are you currently exposed to any of the following?

   | | no | yes |
   |---|---|---|
   | metals | ● no | ○ yes |
   | dust or fibers | ● no | ○ yes |
   | chemicals | ● no | ○ yes |
   | fumes | ● no | ○ yes |
   | radiation | ● no | ○ yes |
   | biologic agents | ● no | ○ yes |
   | loud noise, vibration, extreme heat or cold | ● no | ○ yes |

2. Have you been exposed to any of the above in the past?   ● no   ○ yes

3. Do any household members have contact with metals, dust, fibers, chemicals, fumes, radiation, or biologic agents?   ● no   ○ yes

If you answered *yes* to any of the items above, describe your exposure in detail—how you were exposed, to what you were exposed, how much, how often, and how long you were exposed?



N/A

4. Do you know the names of the metals, dusts, fibers, chemicals, fumes, or radiation that you are/were exposed to?   ● no   ○ yes      →   If *yes*, list them below

5. Do you get the material on your skin or clothing?   ● no   ○ yes

6. Are your work clothes laundered at home?   ● no   ○ yes

7. Do you shower at work?   ● no   ○ yes

8. Can you smell the chemical or material you are working with?   ● no   ○ yes      If *yes*, list the protective equipment used

9. Do you use protective equipment such as gloves, masks, respirator, or hearing protectors?   ● no   ○ yes      →

10. Have you been advised to use protective equipment?   ● no   ○ yes

11. Have you been instructed in the use of protective equipment?   ● no   ○ yes

12. Do you wash your hands with solvents?        ● no   ○ yes

13  Do you smoke at the workplace?               ● no   ○ yes
                        at home?                 ● no   ○ yes

14  Are you exposed to secondhand tobacco smoke at the workplace?   ● no   ○ yes
                                            at home?   ● no   ○ yes

15. Do you eat at the workplace?                 ● no   ○ yes

16. Do you know of any co-workers experiencing similar or unusual symptoms?   ● no   ○ yes

17. Are family members experiencing similar or unusual symptoms?   ● no   ○ yes

18. Has there been a change in the health or behavior of family pets?   ● no   ○ yes

19. Do your symptoms seem to be aggravated by a specific activity?   ● no   ○ yes

20. Do your symptoms get either worse or better at work?   ● no   ○ yes
                        at home?                 ● no   ○ yes
                        on weekends?             ● no   ○ yes
                        on vacation?             ● no   ○ yes

21. Has anything about your job changed in recent months (such as duties, procedures, overtime)?   ● no   ○ yes

22. Do you use any (such as herbs or natural supplements) alternative medicines?   ● no   ○ yes

23. Have you or your child ever eaten non-food items such as paint, plaster, dirt and/or clay?   ● no   ○ yes

If you answered *yes* to any of these questions, please explain.

**Taking an Exposure History**

**Part 2. Work History**

**A. Occupational Profile**

The following questions refer to your current or most recent job:

Job title: N/A

Type of industry:

Name of employer:

Date job began:

Are you still working in this job?   ○ yes      ○ no

If *no*, date job ended?

Describe this job:

Fill in the table below listing all jobs you have worked including short-term, seasonal, part-time employment, and military service. Begin with your most recent job.

| Dates of Employment | Job Title and Description of Work | Exposures* | Protective Equipment |
|---|---|---|---|
| 1988 – 1998 | Bakery cashier | none | N/A |
| | Waitress | none | N/A |
| | Driver | none | N/A |
| | USMC | none | N/A |
| | Home Daycare | none | N/A |

*List the chemicals, dusts, fibers, fumes, radiation, biologic agents (i.e., molds or viruses) and physical agents (i.e., extreme heat, cold, vibration, or noise) that you were exposed to at this job.

Have you ever worked at a job or hobby in which you came in contact with any of the following by breathing, touching, or ingesting (swallowing)? If *yes*, please select beside the name.

- ☐ Acids
- ☐ Alcohols (industrial)
- ☐ Alkalies
- ☐ Ammonia
- ☐ Arsenic
- ☐ Asbestos
- ☐ Benzene
- ☐ Beryllium
- ☐ Cadmium
- ☐ Carbon tetrachloride
- ☐ Chlorinated naphthalenes
- ☐ Chloroform

- ☐ Chloroprene
- ☐ Chromates
- ☐ Coal dust
- ☐ Dichlorobenzene
- ☐ Ethylene dibromide
- ☐ Ethylene dichloride
- ☐ Fiberglass
- ☐ Halothane
- ☐ Isocyanates
- ☐ Ketones
- ☐ Lead
- ☐ Mercury

- ☐ Methylene chloride
- ☐ Nickel
- ☐ PBBs
- ☐ PCBs
- ☐ Perchloroethylene
- ☐ Pesticides
- ☐ Phenol
- ☐ Phosgene
- ☐ Radiation
- ☐ Rock dust
- ☐ Silica powder
- ☐ Solvents

- ☐ Styrene
- ☐ Talc
- ☐ Toluene
- ☐ TDI or MDI
- ☐ Trichloroethylene
- ☐ Trinitrotoluene
- ☐ Vinyl chloride
- ☐ Welding fumes
- ☐ X-rays
- ☐ Other (specify)

**B. Occupational Exposure Inventory**  *Please select the appropriate answer.*

1. Have you ever been off work for more than 1 day because of an illness related to work?  ● no  ○ yes
2. Have you ever been advised to change jobs or work assignments because of any health problems or injuries?  ● no  ○ yes
3. Has your work routine changed recently?  ● no  ○ yes
4. Is there poor ventilation in your workplace?  ● no  ○ yes

**Part 3. Environmental History**  *Please select the appropriate answer.*

1. Do you live next to or near an industrial plant, commercial business, dump site, or nonresidential property?  ● no  ○ yes

2. Which of the following do you have in your home?
   *Please select those that apply.*
   ☒ Air conditioner  ☐ Air purifier  ☒ Central heating ( ● Gas  ○ Oil)  ☒ Gas stove
   ☐ Electric stove  ☒ Fireplace  ☐ Wood stove  ☐ Humidifier

3. Have you recently acquired new furniture or carpet, refinished furniture, or remodeled your home?  ● no  ○ yes

4. Have you weatherized your home recently?  ● no  ○ yes

5. Are pesticides or herbicides (bug or weed killers; flea and tick sprays, collars, powders, or shampoos) used in your home or garden, or on pets?  ● no  ○ yes

6. Do you (or any household member) have a hobby or craft?  ○ no  ● yes

7. Do you work on your car?  ● no  ○ yes

8. Have you ever changed your residence because of a health problem?  ○ no  ● yes

9. Does your drinking water come from a private well?  ● no  ○ yes
   City water supply?  ○ no  ● yes
   Grocery store?  ○ no  ● yes
   Other (specify) [          ]  ○ no  ○ yes

10. Approximately what year was your home built?  [ 2004 ]

11. Does your food come from somewhere other than a grocery store?  ● no  ○ yes

If you answered yes to any of these questions, please explain.

hobby: stamping and running/walking
moved from Keesler base housing because of mold
exposure

Taking an Exposure History

# **Exposure History Form**

**Part 1. Exposure Survey**    **Name:** Clayton Stewart    **Date:** 1/22/19

*Please select the appropriate answer.*    **Birth date:** 11/24/2000    **Sex (select one):** ◉ Male   ○ Female

1.  Are you currently exposed to any of the following?

    | | | |
    |---|---|---|
    | metals | ◉ no | ○ yes |
    | dust or fibers | ◉ no | ○ yes |
    | chemicals | ◉ no | ○ yes |
    | fumes | ◉ no | ○ yes |
    | radiation | ◉ no | ○ yes |
    | biologic agents | ◉ no | ○ yes |
    | loud noise, vibration, extreme heat or cold | ◉ no | ○ yes |

2.  Have you been exposed to any of the above in the past?    ◉ no   ○ yes

3.  Do any household members have contact with metals,
    dust, fibers, chemicals, fumes, radiation, or biologic agents?    ◉ no   ○ yes

If you answered *yes* to any of the items above, describe your exposure in detail—how you were exposed, to what you were exposed, how much, how often, and how long you were exposed?



4.  Do you know the names of the metals, dusts, fibers,
    chemicals, fumes, or radiation that you are/were
    exposed to?    N/A    ○ no  ○ yes    If *yes*, list them below

5.  Do you get the material on your skin or clothing?    ○ no  ○ yes

6.  Are your work clothes laundered at home?    ○ no  ○ yes

7.  Do you shower at work?    ○ no  ○ yes

8.  Can you smell the chemical or material you are
    working with?    ○ no  ○ yes    If *yes*, list the protective
    equipment used

9.  Do you use protective equipment such as gloves,
    masks, respirator, or hearing protectors?    ○ no  ○ yes

10. Have you been advised to use protective equipment?    ○ no  ○ yes

11. Have you been instructed in the use of protective
    equipment?    ○ no  ○ yes

12. Do you wash your hands with solvents? ● no ○ yes

13 Do you smoke at the workplace? ● no ◉ yes

at home? ○ no ◉ yes

14 Are you exposed to secondhand tobacco smoke at the workplace? ● no ○ yes

at home? ● no ○ yes

15. Do you eat at the workplace? ● no ○ yes

16. Do you know of any co-workers experiencing similar or unusual symptoms? ● no ○ yes

17. Are family members experiencing similar or unusual symptoms? ● no ○ yes

18. Has there been a change in the health or behavior of family pets? ● no ○ yes

19. Do your symptoms seem to be aggravated by a specific activity? ● no ○ yes

20. Do your symptoms get either worse or better at work? ● no ○ yes

at home? ● no ○ yes

on weekends? ● no ◉ yes

on vacation? ● no ◉ yes

21. Has anything about your job changed in recent months (such as duties, procedures, overtime)? ⊗ no ○ yes

22. Do you use any (such as herbs or natural supplements) alternative medicines? ● no ○ yes

23. Have you or your child ever eaten non-food items such as paint, plaster, dirt and/or clay? ● no ○ yes

If you answered *yes* to any of these questions, please explain.

**Taking an Exposure History**

## Part 2. Work History
### A. Occupational Profile

The following questions refer to your current or most recent job:

Job title: _N/A_

Type of industry: _____

Name of employer: _____

Date job began: _____

Are you still working in this job? ○ yes   ○ no

If *no*, date job ended? _____

Describe this job:

_____

Fill in the table below listing all jobs you have worked including short-term, seasonal, part-time employment, and military service. Begin with your most recent job.

| Dates of Employment | Job Title and Description of Work | Exposures* | Protective Equipment |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*List the chemicals, dusts, fibers, fumes, radiation, biologic agents (i.e., molds or viruses) and physical agents (i.e., extreme heat, cold, vibration, or noise) that you were exposed to at this job.

Have you ever worked at a job or hobby in which you came in contact with any of the following by breathing, touching, or ingesting (swallowing)? If *yes*, please select beside the name.

| | | | |
|---|---|---|---|
| ☐ Acids | ☐ Chloroprene | ☐ Methylene chloride | ☐ Styrene |
| ☐ Alcohols (industrial) | ☐ Chromates | ☐ Nickel | ☐ Talc |
| ☐ Alkalies | ☐ Coal dust | ☐ PBBs | ☐ Toluene |
| ☐ Ammonia | ☐ Dichlorobenzene | ☐ PCBs | ☐ TDI or MDI |
| ☐ Arsenic | ☐ Ethylene dibromide | ☐ Perchloroethylene | ☐ Trichloroethylene |
| ☐ Asbestos | ☐ Ethylene dichloride | ☐ Pesticides | ☐ Trinitrotoluene |
| ☐ Benzene | ☐ Fiberglass | ☐ Phenol | ☐ Vinyl chloride |
| ☐ Beryllium | ☐ Halothane | ☐ Phosgene | ☐ Welding fumes |
| ☐ Cadmium | ☐ Isocyanates | ☐ Radiation | ☐ X-rays |
| ☐ Carbon tetrachloride | ☐ Ketones | ☐ Rock dust | ☐ Other (specify) _____ |
| ☐ Chlorinated naphthalenes | ☐ Lead | ☐ Silica powder | |
| ☐ Chloroform | ☐ Mercury | ☐ Solvents | |

**B. Occupational Exposure Inventory**          *Please select the appropriate answer.*

1. Have you ever been off work for more than 1 day because of an illness related to work?   ● no   ○ yes

2. Have you ever been advised to change jobs or work assignments because of any health problems or injuries?   ● no   ○ yes

3. Has your work routine changed recently?   ● no   ○ yes

4. Is there poor ventilation in your workplace?   ● no   ○ yes

**Part 3. Environmental History**          *Please select the appropriate answer.*

1. Do you live next to or near an industrial plant, commercial business, dump site, or nonresidential property?   ● no   ○ yes

2. Which of the following do you have in your home?
   *Please select those that apply.*
   ☒ Air conditioner   ☐ Air purifier   ☒ Central heating (● Gas  ⊙ Oil)   ☒ Gas stove
   ☐ Electric stove   ☒ Fireplace   ☐ Wood stove   ☐ Humidifier

3. Have you recently acquired new furniture or carpet, refinished furniture, or remodeled your home?   ● no   ○ yes

4. Have you weatherized your home recently?   ● no   ○ yes

5. Are pesticides or herbicides (bug or weed killers; flea and tick sprays, collars, powders, or shampoos) used in your home or garden, or on pets?   ● no   ○ yes

6. Do you (or any household member) have a hobby or craft?   ○ no   ● yes

7. Do you work on your car?   ● no   ○ yes

8. Have you ever changed your residence because of a health problem?   ○ no   ● yes

9. Does your drinking water come from a private well?   ● no   ○ yes
   City water supply?   ○ no   ● yes
   Grocery store?   ○ no   ● yes
   Other (specify) [        ]   ○ no   ○ yes

10. Approximately what year was your home built?   [2004]

11. Does your food come from somewhere other than a grocery store?   ● no   ○ yes

If you answered yes to any of these questons, please explain.

Hobby: stamping, running/walking
Had to move from Keesler base housing because of mold exposure

# Exposure History Form

**Part 1. Exposure Survey**   **Name:** Cody Stewart   **Date:** 1/22/19

*Please select the appropriate answer.*   **Birth date:** 7/24/72   **Sex (select one):** ● Male   ○ Female

1. Are you currently exposed to any of the following?

   | | |
   |---|---|
   | metals | ☒ no ○ yes |
   | dust or fibers | ☒ no ○ yes |
   | chemicals | ☒ no ○ yes |
   | fumes | ☒ no ○ yes |
   | radiation | ☒ no ○ yes |
   | biologic agents | ☒ no ○ yes |
   | loud noise, vibration, extreme heat or cold | ☒ no ○ yes |

2. Have you been exposed to any of the above in the past?    ○ no ☒ yes

3. Do any household members have contact with metals,
   dust, fibers, chemicals, fumes, radiation, or biologic agents?    ☒ no ○ yes

If you answered *yes* to any of the items above, describe your exposure in detail—how you were exposed, to what you were exposed, how much, how often, and how long you were exposed?

Exposed to loud noises while in Marine Corps 1990-2012.
Exposed to Tear gas in training in Marine Corps 1990-2012.
Exposed to burn pits in Iraq/Afghanistan 2003, 2005, 2010, 2012.

4. Do you know the names of the metals, dusts, fibers,
   chemicals, fumes, or radiation that you are/were
   exposed to?    ☒ no ○ yes    → If *yes*, list them below

5. Do you get the material on your skin or clothing?    ☒ no ○ yes

6. Are your work clothes laundered at home?    ☒ no ○ yes

7. Do you shower at work?    ☒ no ○ yes

8. Can you smell the chemical or material you are
   working with?    ☒ no ○ yes    → If *yes*, list the protective equipment used

9. Do you use protective equipment such as gloves,
   masks, respirator, or hearing protectors?    ☒ no ○ yes

10. Have you been advised to use protective equipment?    ☒ no ○ yes

11. Have you been instructed in the use of protective
    equipment?    ☒ no ○ yes

12. Do you wash your hands with solvents?   ☒ no   ○ yes

13  Do you smoke at the workplace?   ○ no   ⊙ yes

at home?   ☒ no   ⊙ yes

14  Are you exposed to secondhand tobacco smoke at the workplace?   ○ no   ○ yes

at home?   ☒ no   ○ yes

15. Do you eat at the workplace?   ☒ no   ○ yes

16. Do you know of any co-workers experiencing similar or unusual symptoms?   ☒ no   ○ yes

17. Are family members experiencing similar or unusual symptoms?   ☒ no   ○ yes

18. Has there been a change in the health or behavior of family pets?   ☒ no   ○ yes

19. Do your symptoms seem to be aggravated by a specific activity?   ☒ no   ○ yes

20. Do your symptoms get either worse or better at work?   ☒ no   ○ yes

at home?   ☒ no   ○ yes

on weekends?   ○ no   ⊙ yes

on vacation?   ○ no   ⊙ yes

21. Has anything about your job changed in recent months (such as duties, procedures, overtime)?   ○ no   ⊙ yes

22. Do you use any (such as herbs or natural supplements) alternative medicines?   ☒ no   ○ yes

23. Have you or your child ever eaten non-food items such as paint, plaster, dirt and/or clay?   ☒ no   ○ yes

---

If you answered *yes* to any of these questions, please explain.

**Part 2. Work History**

**A. Occupational Profile**

The following questions refer to your current or most recent job:

Job title: Teacher

Type of industry: Education

Name of employer: Conroe ISD

Date job began: July 2016

Are you still working in this job? ☒ yes  ○ no

If *no*, date job ended?

Describe this job:

Teaching JROTC to high school students.

Fill in the table below listing all jobs you have worked including short-term, seasonal, part-time employment, and military service. Begin with your most recent job.

| Dates of Employment | Job Title and Description of Work | Exposures* | Protective Equipment |
|---|---|---|---|
| 2016 — | Conroe ISD (Teacher) | none | none |
| 1990 - 2016 | US Marine | ex. explained in question 2 | |
| | | | |
| | | | |
| | | | |

*List the chemicals, dusts, fibers, fumes, radiation, biologic agents (i.e., molds or viruses) and physical agents (i.e., extreme heat, cold, vibration, or noise) that you were exposed to at this job.

Have you ever worked at a job or hobby in which you came in contact with any of the following by breathing, touching, or ingesting (swallowing)? If *yes*, please select beside the name.

☐ Acids
☐ Alcohols (industrial)
☐ Alkalies
☐ Ammonia
☐ Arsenic
☐ Asbestos
☐ Benzene
☐ Beryllium
☐ Cadmium
☐ Carbon tetrachloride
☐ Chlorinated naphthalenes
☐ Chloroform

☐ Chloroprene
☐ Chromates
☐ Coal dust
☐ Dichlorobenzene
☐ Ethylene dibromide
☐ Ethylene dichloride
☐ Fiberglass
☐ Halothane
☐ Isocyanates
☐ Ketones
☐ Lead
☐ Mercury

☐ Methylene chloride
☐ Nickel
☐ PBBs
☐ PCBs
☐ Perchloroethylene
☐ Pesticides
☐ Phenol
☐ Phosgene
☐ Radiation
☐ Rock dust
☐ Silica powder
☐ Solvents

☐ Styrene
☐ Talc
☐ Toluene
☐ TDI or MDI
☐ Trichloroethylene
☐ Trinitrotoluene
☐ Vinyl chloride
☐ Welding fumes
☐ X-rays
☐ Other (specify)

**B. Occupational Exposure Inventory**  *Please select the appropriate answer.*

1. Have you ever been off work for more than 1 day because of an illness related to work?  ○ no  ⊗ yes

2. Have you ever been advised to change jobs or work assignments because of any health problems or injuries?  ⊗ no  ○ yes

3. Has your work routine changed recently?  ⊗ no  ○ yes

4. Is there poor ventilation in your workplace?  ⊗ no  ○ yes

**Part 3. Environmental History**  *Please select the appropriate answer.*

1. Do you live next to or near an industrial plant, commercial business, dump site, or nonresidential property?  ⊗ no  ○ yes

2. Which of the following do you have in your home?
   *Please select those that apply.*
   ☒ Air conditioner  ☐ Air purifier  ☒ Central heating  ☒ Gas ~~oven~~  ☒ Gas stove
   ☐ Electric stove  ☒ Fireplace  ☐ Wood stove  ☐ Humidifier

3. Have you recently acquired new furniture or carpet, refinished furniture, or remodeled your home?  ⊗ no  ○ yes

4. Have you weatherized your home recently?  ⊗ no  ○ yes

5. Are pesticides or herbicides (bug or weed killers; flea and tick sprays, collars, powders, or shampoos) used in your home or garden, or on pets?  ⊗ no  ○ yes

6. Do you (or any household member) have a hobby or craft?  ○ no  ⊗ yes

7. Do you work on your car?  ⊗ no  ○ yes

8. Have you ever changed your residence because of a health problem?  ~~no~~  ⊗ yes

9. Does your drinking water come from a private well?  ⊗ no  ○ yes
   City water supply?  ○ no  ⊗ yes
   Grocery store?  ○ no  ⊗ yes
   Other (specify) [            ]  ⊗ no  ○ yes

10. Approximately what year was your home built?  *2004*

11. Does your food come from somewhere other than a grocery store?  ⊗ no  ○ yes

If you answered yes to any of these questons, please explain.

*1. Surgery on foot from Marine Corps related injury (2017)*
*6. Running/walking and stamping*

Taking an Exposure History

# **Exposure History Form**



**Part 1. Exposure Survey**   Name: _Faith Stewart_   **Date:** _1/22/19_
*Please select the appropriate answer.*   **Birth date:** _5/14/97_   **Sex (select one):** ⊙ Male   ⊗ Female

1. Are you currently exposed to any of the following?

   metals — ⊗ no   ○ yes
   dust or fibers — ⊗ no   ○ yes
   chemicals — ⊗ no   ○ yes
   fumes — ⊗ no   ○ yes
   radiation — ⊗ no   ○ yes
   biologic agents — ⊗ no   ○ yes
   loud noise, vibration, extreme heat or cold — ⊗ no   ○ yes

2. Have you been exposed to any of the above in the past?   ⊗ no   ○ yes

3. Do any household members have contact with metals, dust, fibers, chemicals, fumes, radiation, or biologic agents?   ⊗ no   ○ yes

If you answered *yes* to any of the items above, describe your exposure in detail—how you were exposed, to what you were exposed, how much, how often, and how long you were exposed?



4. Do you know the names of the metals, dusts, fibers, chemicals, fumes, or radiation that you are/were exposed to?   ⊗ no   ○ yes   →   If *yes*, list them below

5. Do you get the material on your skin or clothing?   ⊗ no   ○ yes

6. Are your work clothes laundered at home?   ⊗ no   ○ yes

7. Do you shower at work?   ⊗ no   ○ yes

8. Can you smell the chemical or material you are working with?   ⊗ no   ○ yes

9. Do you use protective equipment such as gloves, masks, respirator, or hearing protectors?   ⊗ no   ○ yes   →   If *yes*, list the protective equipment used

10. Have you been advised to use protective equipment?   ⊗ no   ○ yes

11. Have you been instructed in the use of protective equipment?   ⊗ no   ○ yes

12. Do you wash your hands with solvents?   ⊗ no   ○ yes

13  Do you smoke at the workplace?   ⊗ no   ⊙ yes
            at home?   ⊗ no   ⊙ yes

14  Are you exposed to secondhand tobacco smoke at the workplace?   ⊗ no   ○ yes
            at home?   ⊗ no   ○ yes

15. Do you eat at the workplace?   ⊗ no   ○ yes

16. Do you know of any co-workers experiencing similar or unusual symptoms?   ⊗ no   ○ yes

17. Are family members experiencing similar or unusual symptoms?   ⊗ no   ○ yes

18. Has there been a change in the health or behavior of family pets?   ⊗ no   ○ yes

19. Do your symptoms seem to be aggravated by a specific activity?   ⊗ no   ○ yes

20. Do your symptoms get either worse or better at work?   ⊗ no   ○ yes
                   at home?   ⊗ no   ○ yes
                   on weekends?   ⊗ no   ⊙ yes
                   on vacation?   ⊗ no   ⊙ yes

21. Has anything about your job changed in recent months (such as duties, procedures, overtime)?   ⊗ no   ⊙ yes

22. Do you use any (such as herbs or natural supplements) alternative medicines?   ⊗ no   ○ yes

23. Have you or your child ever eaten non-food items such as paint, plaster, dirt and/or clay?   ⊗ no   ○  yes

---

If you answered *yes* to any of these questions, please explain.

**Taking an Exposure History**

### Part 2. Work History
### A. Occupational Profile

The following questions refer to your current or most recent job:

Job title: *N/A*

Type of industry:

Name of employer:

Date job began:

Are you still working in this job?  ○ yes     ○ no

If *no*, date job ended?

Describe this job:

Fill in the table below listing all jobs you have worked including short-term, seasonal, part-time employment, and military service. Begin with your most recent job.

| Dates of Employment | Job Title and Description of Work | Exposures* | Protective Equipment |
|---|---|---|---|
| *N/A* | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*List the chemicals, dusts, fibers, fumes, radiation, biologic agents (i.e., molds or viruses) and physical agents (i.e., extreme heat, cold, vibration, or noise) that you were exposed to at this job.

Have you ever worked at a job or hobby in which you came in contact with any of the following by breathing, touching, or ingesting (swallowing)? If *yes*, please select beside the name.

☐ Acids
☐ Alcohols (industrial)
☐ Alkalies
☐ Ammonia
☐ Arsenic
☐ Asbestos
☐ Benzene
☐ Beryllium
☐ Cadmium
☐ Carbon tetrachloride
☐ Chlorinated naphthalenes
☐ Chloroform

☐ Chloroprene
☐ Chromates
☐ Coal dust
☐ Dichlorobenzene
☐ Ethylene dibromide
☐ Ethylene dichloride
☐ Fiberglass
☐ Halothane
☐ Isocyanates
☐ Ketones
☐ Lead
☐ Mercury

☐ Methylene chloride
☐ Nickel
☐ PBBs
☐ PCBs
☐ Perchloroethylene
☐ Pesticides
☐ Phenol
☐ Phosgene
☐ Radiation
☐ Rock dust
☐ Silica powder
☐ Solvents

☐ Styrene
☐ Talc
☐ Toluene
☐ TDI or MDI
☐ Trichloroethylene
☐ Trinitrotoluene
☐ Vinyl chloride
☐ Welding fumes
☐ X-rays
☐ Other (specify)

**B. Occupational Exposure Inventory**          *Please select the appropriate answer.*

1. Have you ever been off work for more than 1 day because of an illness related to work?   ⊗ no   ○ yes

2. Have you ever been advised to change jobs or work assignments because of any health problems or injuries?   ⊗ no   ○ yes

3. Has your work routine changed recently?   ⊗ no   ○ yes

4. Is there poor ventilation in your workplace?   ⊗ no   ○ yes

**Part 3. Environmental History**          *Please select the appropriate answer.*

1. Do you live next to or near an industrial plant, commercial business, dump site, or nonresidential property?   ⊗ no   ○ yes

2. Which of the following do you have in your home?
   *Please select those that apply.*
   ☒ Air conditioner   ☐ Air purifier   ☒ Central heating (⊗ Gas   ⦿ Oil)   ☒ Gas stove
   ☐ Electric stove   ☒ Fireplace   ☐ Wood stove   ☐ Humidifier

3. Have you recently acquired new furniture or carpet, refinished furniture, or remodeled your home?   ⊗ no   ○ yes

4. Have you weatherized your home recently?   ⊗ no   ○ yes

5. Are pesticides or herbicides (bug or weed killers; flea and tick sprays, collars, powders, or shampoos) used in your home or garden, or on pets?   ⊗ no   ○ yes

6. Do you (or any household member) have a hobby or craft?   ~~no~~   ⊗ yes

7. Do you work on your car?   ⊗ no   ○ yes

8. Have you ever changed your residence because of a health problem?   ~~no~~   ⊗ yes

9. Does your drinking water come from a private well?   ⊗ no   ○ yes
   City water supply?   ~~no~~   ~~yes~~
   Grocery store?   ○ no   ⊗ yes
   Other (specify) [          ]   ○ no   ○ yes

10. Approximately what year was your home built?   [ 2004 ]

11. Does your food come from somewhere other than a grocery store?   ⊗ no   ~~yes~~

If you answered yes to any of these questions, please explain.

6. Running/walking, stamping
8. I was forced to move from my home in Biloxi, MS due to mold exposure

List of Articles
Paul Goldstein, PhD

1) www.ncbi.nlm.nih.gov/pmc/articles/PMC164220/pdf/0050.pdf
   And all citations within this article
2) emergency.cdc.gov/agent/trichothecene/casedef.asp
   And all citations within this article
3) www.cdc.gov/mold/stachy.htm
4) hindawi.com/journals/jeph/2012/835059
   And all citations within this article
5) www.fao.org/docrep/005/Y1390E/y1390e04.htm
   And all citations within this article
6) www.cdc.gov/fungal/diseases/aspergillosis/symptoms.html
   And all citations within this article
7) www.ncbi.nlm.nih.gov/pubmed/16269780
   And all citations within this article
8) pubchem.ncbi.nlm.nih.gov/compound/sterigmatocystin#section=TOP
   And all citations within this database for specific mycotoxins
9) www.dhs.cahwnet.gov/org/ps/deodc/ehib/EHIB2/toxin_producing.html
   And all citations within this article
10) blacktoxicmolds.com/mycotoxins-mold.php
11) www.ncbi.nlm.nih.gov/pubmed/16238166
   And all citations within this article
12) www.apsnet.org/publications/apsnetfeatures/pages/stachybotrys.aspx
   And all citations within this article
13) paradigmchange.me/mycotoxins
   And all citations within this article
14) articles.mercola.com/sites/articles/archive/2011/09/03/molds-making-you-ill.aspx
   And all citations within this article
15) www.greatplainslaboratory.com/gpl-blog-source/2017/8/10/a-brand-new-urine-test-for-mycotoxin-exposure
16) www.ncbi.nlm.nih.gov/pubmed/12089037
   And all citations within this article
17) newtonlabortaory.com/mold
18) pubs.acs.org/doi/abs/10.1021/ba-1976-0149.ch009
   And all citations within this article
19) bmcmicrobiol.biomedcentral.com/track/pdf/10.1186/1471-2180-7-5
   And all citations within this article
20) pubchem.ncbi.nlm.nih.gov/compound/5284461#section=Top
   And all citations within this article

21) pubchem.ncbi.nlm.nih.gov/compound/442530#section=Top
       And all citations within this article
22)  link.springer.com/article/10.1007/BF03032342
       And all citations within this article
23)  www.ncbi.nlm.nih.gov/pubmed/8116649
       And all citations within this article
24)  www.ncbi.nlm.nih.gov/pubmed/9531095
       And all citations within this article
25)  ncbi.nlm.nih.gov/pubmed/8738349
       · And all citations within this article
26) https://www.ncbi.nlm.nih.gov/pubmed/12102001
       And all citations within this article
27) Nathan, Neil, MD 2016 Mold and Mycotoxins, ISBN: 9781483575827
28)
https://www.researchgate.net/profile/Zeljko_Jurjevic2/publication/11443318_Biology_an
d_Ecology_of_Mycotoxigenic_Aspergillus_Species_as_Related_to_Economic_and_He
alth_Concerns/links/59e5fbd7aca272390ee01e44/Biology-and-Ecology-of-
Mycotoxigenic-Aspergillus-Species-as-Related-to-Economic-and-Health-Concerns.pdf
       And all citations within this article
29)
https://www.researchgate.net/publication/298072808_Mycotoxin_producers_in_the_Asp
ergillus_genus_An_update
       And all citations within this article
30)  www.sciencedirect.com/science/article/pii/0960168692904049
       And all citations within this article
31) https://ntp.niehs.nih.gov/ntp/roc/content/profiles/aflatoxins.pdf
       And all citations within this article
32) https://ntp.niehs.nih.gov/ntp/roc/content/profiles/ochratoxina.pdf
       And all citations within this article
33) ncbi.nlm.nih.gov/pmc/articles/PMC4861659/pdf/nihms-755754.pdf
       And all citations within this article
34) ncbi.nlm.nih.gov/pmc/articles/PMC3920250/pdf/toxins-06-00066.pdf
       And all citations within this article
35) Newton microbial laboratory; newtonlaboratory.com
36) ncbi.nlm.nih.gov/pmc/articles/PMC93010/pdf/am003269.pdf
       And all citations within this article
37) https://www.sciencedirect.com/science/article/pii/S1319610310000827
       And all citations within this article
38)
http://0web.b.ebscohost.com.lib.utep.edu/ehost/pdfviewer/pdfviewer?vid=3&sid=0b2b57
27-1c9c-4c66-8e07-2b16e045bae3%40pdc-v-sessmgr03
       And all citations within this article

39) ncbi.nlm.nih.gov/pmc/articles/PMC2557730
    And all citations within this article
40) https://www.hindawi.com/journals/jeph/2012/312836/
    And all citations within this article
41) www.health.ny.gov/publications/6500/
    And all citations within this article
42) www.cdc.gov/mold/dampness_facts.htm
    And all citations within this article
43) envirotoxinfo.nlm.nih.gov/toxicology-glossary-c.html
    And all citations within this article
44) cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=20068
    And all citations within this article
45) search.cdc.gov/search/?query=mycotoxins&utf8=✓&affiliate=cdc-main
    And all citations within this article
46) search.cdc.gov/search/?query=aflatoxin&sitelimit=&utf8=✓&affiliate=cdc-main
    And all citations within this article
47) search.cdc.gov/search/?query=tricothecene&sitelimit=&utf8=✓&affiliate=cdc-main
    And all citations within this article
48) msdh.ms.gov/msdhsite/_static/43,0,230,331.html
    And all citations within this article
49) http://toxicology.usu.edu/endnote/04302008003.pdf
    And all citations within this article
50) www.sciencedirect.com/topics/agricultural-and-biological-sciences/citrinin
    And all citations within this article
51) https://www.omicsonline.org/open-access/the-occurrence-properties-and-
    significance-of-citrinin-mycotoxin-2157-7471-1000321.php?aid=65382
    And all citations within this article
52) toxnet.nlm.nih.gov/cgi-bin/sis/search/a?dbs+hsdb:@term+@DOCNO+3522
    And all citations within this article
53) toxnet.nlm.nih.gov/cgi-bin/sis/search/a?dbs+hsdb:@term+@DOCNO+3544
    And all citations within this article
54) www.science.direct.com/science/article/pii/0732889387901118
    And all citations within this article
55)
researchgate.net/publication/286142546_Mycotoxin_production_in_Cladosporium_spec
ies_influenced_by_temperature_regimes
    And all citations within this article
56) ncbi.nlm.nih.gov/pmc/articles/PMC101430
    And all citations within this article
57) http://www.mold-help.org/content/view/457/
    And all citations within this article

3

58) Hayes' Principles and Methods of Toxicology, 2014, CRC Press, 6th ed.,
        ISBN: 1842145371

59) ncbi.nlm.nih.gov/pubmed/10822509
        And all citations within this article

60) dhs.cahwnet.gov/org/ps/deodc/ehib/EHIB2/toxinproducing.html
        And all citations within this article

61) pubchem.ncbi.nlm.nih.gov/compound/sterigmatocystin#section=TOP
        And all citations within this article

62) www.drthrasher.org/ochratoxin
        And all citations within this article

63)  apsnet.org/publications/apsnetfeatures/pages/stachybotrys.aspx
        And all citations within this article

64) mdpi.com/1660-4601/14/7/719/xml
        And all citations within this article

65) www.ncbi.nlm.nih.gov/pmc/articles/PMC2802673/pdf/bgp264.pdf
        And all citations within this article

66) Immunoassays for Trace Chemical Analysis, 1990, Vanderlaan et al, editors,
        ISBN: 0841219052

67) Mansfield, L., Harris, N., Rael, E., Goldstein, P., and Acosta, T. 1988 Regional
individual allergen based miniscreen to predict IgE-mediated airborne allergy. Annals of
Allergy 61, 259-261

68)  www.cdc.gov/mold/cleanup.htm

69) www.jacionline.org/article/S0091-6749(07)02258-0/pdf
        And all citations within this article

4