## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CODY STEWART, et al.** | § | **PLAINTIFFS** |
| | § | |
| **v.** | § | **Civil No. 1:18-cv-53-HSO-RHWR** |
| | § | |
| **HUNT SOUTHERN GROUP, LLC,** | § | |
| **et al.** | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date granting Defendant Hunt

Southern Group, LLC's Motion [292] for Summary Judgment and Defendant Forest

City Residential Management, LLC's Motion [290] for Summary Judgment, and the

Agreed [21] Order of Dismissal of Defendant Hunt MH Property Management, LLC

entered on May 14, 2018, the Court hereby enters judgment pursuant to Federal

Rule of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of April, 2022.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE